ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Pride Industries | ) | ASBCA Nos. 62678, 63081 |
| | ) | |
| Under Contract No. W911RX-20-D-0002 | ) | |

APPEARANCES FOR THE APPELLANT:     Nicole J. Owren-Wiest, Esq.
                                   Michelle D. Coleman, Esq.
                                   Erin N. Rankin, Esq.
                                   William M. Tucker, Esq.
                                    Crowell & Moring LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                    Army Chief Trial Attorney
                                   Christopher T. DelGiorno, Esq.
                                   MAJ Brittney N. Montgomery, JA
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: July 25, 2023

_____
JAMES SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62678, 63081, Appeals of Pride Industries, rendered in conformance with the Board's Charter.

Dated:  July 25, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals